UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------------------------

In re:  TODD MICHAEL HENNEN,  BKY. No.:  12-43411
TRACY LYNNETTE HENNEN,  Chapter 7

debtors.

**ORDER TERMINATING STAY**

------------------------------------------------

This case came before the court on the motion of Lehman Capital, a Division of Lehman Brothers Holdings, Inc. for relief from the automatic stay, pursuant to 11 U.S.C. § 362.

Based on the motion and the file,

IT IS ORDERED:

1. Lehman Capital, a Division of Lehman Brothers Holdings, Inc., its assignees and successors in interest are granted relief from stay imposed by 11 U.S.C. § 362, with regard to the mortgage dated September 26, 2001, and recorded in the Office of the Stearns County Recorder on September 27, 2001, as Document No. 982325, executed by debtors and covering the following property: 900 13tth Ave. S., St. Cloud, MN 56301, which property is legally described as:

Lot Nine (9), Block Six (6), in South Side Park Addition,
Stearns County, Minnesota

2. Notwithstanding FED. R. BANKR. P. 4001(a)(3), this order is effective immediately.

DATED: July 12, 2012.

/e/ Nancy C. Dreher
Nancy C. Dreher
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *07/12/2012*
Lori Vosejpka, Clerk, by KK